O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BRAVO,<br><br>     Petitioner,<br><br>v.<br><br>M. D. BITER,<br><br>     Respondent. | Case No.  2:16-cv-04150-JLS-KES<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the other records on file herein, the Report and Recommendation, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. No objections to the Final Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge. IT IS THEREFORE ORDERED that Judgment be entered denying the First Amended Petition as untimely and dismissing this action with prejudice.

DATED:  September 5, 2018

_____
Josephine L. Staton
UNITED STATES DISTRICT JUDGE