UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BRAVO,<br>    Petitioner,<br>v.<br>M. D. BITER,<br>    Respondent. | Case No.  2:16-cv-04150-JLS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Final Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied as untimely and this action dismissed with prejudice.

DATED: September 5, 2018

_____
Josephine L. Staton
UNITED STATES DISTRICT JUDGE